IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

v.                          No. 4:11-cr-34-DPM

BRANDY MARIE THOMAS                                    DEFENDANT

ORDER

Thomas's new counsel has informally notified the Court, and the Government's lawyers, that she intends to file motions *in limine*, as well as a motion to redact grand jury testimony, which depends in part on the Court's rulings *in limine*. All of this needs to be resolved as soon as possible. All motions *in limine*, and the contingent motion to redact, due Wednesday, 22 May 2013. The Government's responses are due Friday, May 24th.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 May 2013